# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| PETER E. LANDER § | |
| § | Civil Action No. 4:18-CV-811 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| GLORIA LAROCQUE, ET AL. § | |
| § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 19, 2019, the report of the Magistrate Judge (Dkt. #43) was entered containing proposed findings of fact and recommendations that Plaintiff Peter Lander's Motion for Default Judgment Against Defendant Gloria LaRocque (Dkt. #18), (Second) Motion for Entry of Default Final Judgment Against Defendant Gloria LaRocque (Dkt. #30), and Motion for Default Judgment Against All Defendants (Dkt. #31) each be denied without prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, ORDERED that Plaintiff's "Motion for Default Judgment Against Defendant Gloria LaRocque (Dkt. #18), (Second) Motion for Entry of Default Final Judgment Against Defendant Gloria LaRocque (Dkt. #30), and Motion for Default Judgment Against All Defendants (Dkt. #31) are DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

**SIGNED this 22nd day of July, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE